UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>STEVEN RIOS, )<br>)<br>Defendant )<br>) | Criminal No. 21-cr-10204-IT |

**JOINT MOTION FOR RULE 11 HEARING**

The parties respectfully request that this Honorable Court schedule a hearing pursuant to Fed. R. Crim. P. 11 at a date and time convenient to the Court and parties. The parties further respectfully request that the above-named defendant be excused from the status conference scheduled for September 8, 2022 before Magistrate Judge Bowler.

Respectfully submitted,

STEVEN RIOS
By his attorney,

/s/ *Jeffrey Miller by PCC*
Jeffrey Miller, Esq.
60 Leo M. Birmingham Pkwy, Ste. 103
Boston, MA 02135

RACHAEL S. ROLLINS
United States Attorney

By: /s/ *Philip C. Cheng*
Philip C. Cheng
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

Dated: August 30, 2022